[No. 13441-5-III. Division Three. June 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS M. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 93-1-00006-2, Kathleen O' Connor, J., entered July 9, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13686-8-III. Division Three. June 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN DONALD FALLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-01128-9, Harold D. Clarke, J., entered November 30, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13755-4-III. Division Three. June 1, 1995.]

*In re the Marriage of* MELODY JEAN KOLTERMAN (INZER), *Respondent, and* JAMES MICHAEL KOLTERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-05002-9, Fred Stewart, J., entered January 3, 1994. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.